E-FILED
Friday, 22 August, 2008  03:29:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | | |
|---|---|---|
| JOHN R. ARCHEY, | ) | |
|                         **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Case No. 07-2122 |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
|                         **Defendant.** | ) | |

# REPORT AND RECOMMENDATION

In October 2005, Administrative Law Judge (hereinafter "ALJ") Joseph Warzycki denied Plaintiff John Archey's application for social security disability insurance benefits. In February 2006, the Appeals Council returned the case to the ALJ. In September 2006, the ALJ conducted a second hearing and again denied Plaintiff's application. The ALJ based his decision on findings that Plaintiff's porphyria cutanea tarda (hereinafter "PCT") did not meet or equal an impairment listed in 20 C.F.R. Pt. 404, Subpt. P, App. 1, and Plaintiff's residual functional capacity did not allow him to perform any past relevant work, but Plaintiff had acquired transferable skills permitting him to perform other work available in the national economy.

In July 2007, Plaintiff filed a Complaint (#4) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the final decision by the Regional Commissioner of the Social Security Administration denying benefits. In November 2007, Plaintiff filed a Motion for Summary Judgment or Remand (#12) and in February 2008, Defendant filed a Memorandum in Support of Summary Affirmance (#16), which the Court deems to be a motion.

After reviewing the administrative record and the parties' memoranda, the Court recommended that Plaintiff's Motion for Summary Judgment or Remand (#12) be granted and that the case be remanded for an award of benefits. Consistent with the Court's reasoning in the Report and Recommendation granting Plaintiff's motion, the Court now recommends, pursuant

to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#16)** be **DENIED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after service of a copy of this recommendation.  *See* 28 U.S.C. 626(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 22nd day of August, 2008.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE