E-FILED
Friday, 12 September, 2008  11:31:41 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

JOHN R. ARCHEY,                )
                               )
       Plaintiff,           )
   v.                          )     Case No. 07-CV-2122
                               )
MICHAEL J. ASTRUE,             )
COMMISSIONER OF SOCIAL SECURITY, )
                               )
       Defendant.           )

### ORDER

    Reports and Recommendations (#17), (#18) were filed by Magistrate Judge David G. Bernthal in the above cause on August 22, 2008.  On August 29, 2008, Defendant, Michael J. Astrue, Commissioner of Social Security, filed his Objections to Reports and Recommendations (#19).  Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objections, this court agrees with and accepts the Magistrate Judge's Reports and Recommendations (#17), (#18).  This court agrees that Plaintiff's Motion for Summary Judgment or Remand should be GRANTED (#12) and Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#16) should be DENIED .

    IT IS THEREFORE ORDERED THAT:

    (1) The Reports and Recommendations (#17), (#18) are accepted by this court.

    (2) Plaintiff's Motion for Summary Judgment or Remand (#12) is GRANTED.

    (3) Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#16) is DENIED.

    (4) The Administrative Law Judge's decision is Reversed and Remanded to the

Commissioner pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings consistent with this order and the Magistrate's Reports and Recommendations (#17), (#18).

(5) This case is TERMINATED.

ENTERED this 12th  day of September, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE