UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| JOHN R. ARCHEY, | ) |
|                          **Plaintiff,** | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | )  Case No. 07-2122 |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
|                          **Defendant.** | ) |

# REPORT AND RECOMMENDATION

On September 12, 2008, the Court entered an Order (#21) accepting Reports and Recommendations (#17) and (#18).  The order granted Plaintiff's Motion for Summary Judgment or Remand (#12) and remanded the matter to the Commissioner pursuant to 42 U.S.C. § 405(g), Sentence 4.

On December 10, 2008, Plaintiff filed Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act (#23).  No opposition has been filed by Defendant.

The undersigned has reviewed the application and attachments.  The undersigned is the Magistrate Judge who authored the aforementioned Reports and Recommendations and is, therefore, familiar with the facts and arguments raised.

Clearly, Plaintiff is a prevailing party.  In the opinion of the Court, the position of the United States was not substantially justified.  The amount of time expended in the prosecution of the case for Plaintiff is reasonable.  The charges for the time are likewise reasonable. Accordingly, the undersigned recommends, pursuant to his authority under 28 U.S.C. § 636(b)(1)(B), that Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act (#23) be approved and fees awarded to Plaintiff's attorney in the total of $6,464.75.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after service of a copy of this recommendation. *See* 28 U.S.C. 626(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 12th day of January, 2009.

                                                                                           s/ DAVID G. BERNTHAL
                                                                                           U.S. MAGISTRATE JUDGE