**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **JOHN R. ARCHEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 07-CV-2122 |
| ) | |
| **MICHAEL J. ASTRUE, COMMISSIONER** ) | |
| **OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#24) was filed by the Magistrate Judge in the above cause on January 12, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#24) is accepted by this court.

(2) The Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act (#23) is approved and fees are awarded to Plaintiff's attorney in the total of $6,464.75.

ENTERED this   13th   day of February, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE